UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERDINAND CLAY,<br><br>Defendant. | CASE NO. CR00-416Z<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 24, 2005. The United States was represented by Susan Harrison; the defendant was represented by Stewart Riley. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Fraud and Conspiracy to Commit Bank Fraud on or about March 9, 2001. The Hon. Thomas S. Zilly of this Court sentenced the defendant to 15 months of confinement, followed by 5 years of supervised release. Special conditions that were imposed included substance abuse, financial disclosure, restitution of $350,000, search, no new credit, substance abuse treatment if directed, drug testing and alcohol abstinence.

The conditions of supervised release included requirements that Defendant comply

with the standard 13 conditions.

## ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

USPO Michael Banks alleged that the defendant violated the conditions of supervised release in three respects:

(1) Participating in a drive-by shooting on November 13, 2004, in violation of the general condition that he not commit any Federal, State, or Local crimes;

(2) Attempting to elude police on November 21, 2004, in violation of the general condition that he not commit any Federal, State, or Local crimes; and

(3) Possessing a handgun, in violation of the general condition that he not commit any Federal, State and Local crimes.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violations 1 and 3, waived any hearing as to whether they occurred, and the Government has agreed to dismiss violation 2. Both parties have consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 27th day of May, 2005.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Thomas S. Zilly
    Assistant U.S. Attorney  : Susan Harrison
    Defense Attorney         : Stewart P. Riley
    U. S. Probation Officer  : Audrea Porter for Michael Banks

PROPOSED FINDINGS
PAGE -2-