UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR00-416-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| FERDINAND CLAY, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 12, 2009. The United States was represented by Assistant United States Attorney Lawrence Lincoln, and the defendant by Stewart P. Riley. The proceedings were digitally recorded.

The defendant had been charged and convicted of Bank Fraud and Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1344 and 371. On or about March 9, 2001, defendant was sentenced by the Honorable Thomas S. Zilly to a term of 15 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health programs, financial disclosure, $350,000 restitution, search and no new lines of credit, loans, without prior approval of USPO.

In a Petition for Warrant or Summons, August 3, 2009, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to report to the probation office as instructed on July 23 and 30, 2009, in violation of standard condition number three.

(2) Failing to submit to random urinalysis testing on July 23, 2009, in violation of the special condition of drug aftercare.

In a Supplemental Violation Report dated August 11, 2009, U.S. Probation Officer Jennifer J. Tien asserted the following supplemental violations by defendant of the conditions of his supervised release:

(3) Consuming alcohol on or before June 27, 2009, in violation of the special condition of drug aftercare.

(4) Driving a motor vehicle without a valid driver's license on or about June 27, 2009, in violation of the general condition that the defendant not violate any federal, state, or local laws.

(5) Driving under the influence of alcohol on or before June 27, 2009, in violation of the general condition that the defendant not violate any federal, state, or local laws.

(6) Associating with a known felon, Rusco Frith, on or about June 27, 2009, without the approval of his probation officer, in violation of standard condition number 9.

The defendant was advised of the allegations and advised of his rights. Defendant admitted to violations 1, 2, 3, 4, 5 and 6.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3, 4, 5 and 6, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been

01  set before the Honorable Thomas S. Zilly on September 3, 2009 at 1:30 p.m.

02  Pending a final determination by the Court, the defendant has been detained.

03  DATED this 12th day of August, 2009.

04
       *James P. Donohue*
05     _____
       JAMES P. DONOHUE
06     United States Magistrate Judge

07

08  cc:   District Judge:         Honorable Thomas S. Zilly
09        AUSA:                   Mr. Andy Colasurdo
          Defendant's attorney:   Mr. Stewart Riley
10        Probation officer:      Ms. Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3